IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



METAPHYZIC EL-ECTROMAGNETIC
SUPREME-EL,

    Petitioner,

v.    Civil Action No. 3:14CV52

DIRECTOR, DEPARTMENT OF
CORRECTIONS,

    Respondent.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is ordered that:

1. The Motion to Amend (ECF No. 22) is granted;
2. The Motion for Leave to File Amended Objections (ECF No. 26) is granted:
3. Supreme-El's Objections (ECF Nos. 25, 26-1) are overruled;
4. The Report and Recommendation is accepted and adopted;
5. The Motion to Dismiss (ECF No. 16) is granted;
6. Supreme-El's Motion for Summary Judgment (ECF No. 20) is denied;
7. Supreme-El's claims and the action are dismissed; and,
8. The Court denies a certificate of appealability.

Should Supreme-El desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Final Order to Supreme-El and counsel of record.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: March 2, 2015
Richmond, Virginia

2